**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| **BRETT D. CARDONICK** | : | |
| | : | Case No. 23-11330-MDC |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Turner N. Falk, Esquire, hereby certify that on November 1, 2023, a true and correct copy of the foregoing *Objection of BAF Associates L.L.C. to Confirmation* was served via the Court's CM/ECF system on all parties registered to receive notices of electronic filings.

Dated: November 1, 2023

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone: (215) 972-7777
turner.falk@saul.com
*Counsel for BAF Associates L.L.C.*

51259032.1