# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11330-mdc |
| Brett D. Cardonick, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Second Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

TruMark Financial Credit Union (CM/ECF)

Helen M. Wiktorchik (CM/ECF)

David Fellner/BAF Associates (CM/ECF)

Univest Bank & Trust Co.
14 Main St
Souderton, PA 18964

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Date: November 8, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com