| | |
|---|---|
| **From:** | Falk, Turner N. |
| **To:** | Mike Assad |
| **Subject:** | RE: Cardonick: Amended Plan |
| **Date:** | Monday, November 20, 2023 4:13:43 PM |
| **Attachments:** | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |



Mike, I will be out on 12/14/23 when plan confirmation comes up again, and will not appear at the hearing. You may represent to the court that I support confirmation.

Thank you,

> **Turner N. Falk**
> Associate
> **SAUL EWING LLP** | Philadelphia
> **Office:** (215) 972-8415