**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  

    Brett D. Cardonick,  

        Debtor.

Case No. 23-11330-mdc

Chapter 13

**Order Confirming Chapter 13 Plan**

    **AND NOW**, upon consideration of:

1. the plan submitted by the debtor under chapter 13 of title 11, United States Code,

2. the recommendation of the standing chapter 13 trustee in support of or opposition to confirmation, and

3. all objections to confirmation by the trustee, creditors, and other interested parties,

**AND** the Court finding that:

A. a meeting of creditors has been held upon notice and concluded as required by 11 U.S.C. § 341(a),

B. the plan complies with all applicable provisions of title 11, United States Code, including 11 U.S.C. §§ 1322 and 1325,

C. all fees, charges, or amounts required to be paid before confirmation under chapter 13 of title 28 or by the plan have been paid,

D. the debtor(s) have certified compliance with post-petition obligations as required by 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9), and

E. a confirmation hearing has been held upon notice.

    **NOW, THEREFORE**, it is **ORDERED** that all objections to confirmation of the plan are **OVERRULED**. It is further **ORDERED** that the plan is **CONFIRMED**.

Date:  

                                                  Magdeline D. Coleman
                                                  Chief U.S. Bankruptcy Judge