| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Brett**     **D.**     **Cardonick** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | **Eastern District of Pennsylvania** | |
| Case number (if known) | **23-11330-mdc** | ☑ Check if this is an amended filing |

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).**

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 324 Ellis Rd Willow Grove, PA 19090-2420<br>Line from Schedule A/B: 1.1 | $278,240.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| | | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: 2014 Volvo XC60<br>Line from Schedule A/B: 3.1 | $7,499.00 | ☑ $4,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| | | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | **Brett** | **D.** | **Cardonick** | Case number *(if known)* 23-11330-mdc |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Debtor 1  **Brett** **D.** **Cardonick**    Case number *(if known)* 23-11330-mdc
          First Name  Middle Name  Last Name

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2016 Ford Focus<br>Line from Schedule A/B: 3.2 | $4,127.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Various used pieces of furniture, furnishings, appliances, linens, and other similar items.<br>Line from Schedule A/B: 6 | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Various used televisions, mobile devices, and computers.<br>Line from Schedule A/B: 7 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Various used articles of clothing, shoes, and accessories.<br>Line from Schedule A/B: 11 | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Various used pieces of jewelry.<br>Line from Schedule A/B: 12 | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description: Univest Bank and Trust Co. Checking account<br>Line from Schedule A/B: 17 | $770.14 | ☑ $770.14<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Univest Bank and Trust Co. Checking account<br>Line from Schedule A/B: 17 | $685.28 | ☑ $685.28<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Univest Bank and Trust Co. Money market account<br>Line from Schedule A/B: 17 | $80.70 | ☑ $80.70<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | **Brett** | **D.** | **Cardonick** | Case number *(if known)* 23-11330-mdc |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Trumark Financial Credit Union<br>Checking account<br>Line from *Schedule A/B:* 17 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>Edward Jones<br>Brokerage account<br>Line from *Schedule A/B:* 17 | $0.20 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>Trumark Financial Credit Union<br>Savings account<br>Line from *Schedule A/B:* 17 | $311.20 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>Cardonick Chiropractic Inc.<br>Line from *Schedule A/B:* 19 | $5,000.00 | ☑ $2,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6)<br><br>11 U.S.C. § 522(d)(5) |
| Brief description:<br>Edward Jones<br>Line from *Schedule A/B:* 21 | $28,889.31 | ☑ $28,889.31<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Brief description:<br>Samson Wealth Management Group<br>Line from *Schedule A/B:* 21 | $15,697.83 | ☑ $15,697.83<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Brief description:<br>MassMutual (Whole Life Policy)<br>Line from *Schedule A/B:* 31 | $1,015.64 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ $1,015.64<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)<br><br>11 U.S.C. § 522(d)(8) |

| Debtor 1 | **Brett** | **D.** | **Cardonick** | Case number *(if known)* 23-11330-mdc |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Banner Life Insurance Company (Term Policy)<br><br>Line from *Schedule A/B:*  31 | $1,350,000.00 | ☑   $13,888.88<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑   $1,336,111.12<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)<br><br><br><br>11 U.S.C. § 522(d)(7) |