## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**BRETT D. CARDONICK**<br><br>Debtor. | :<br>:<br>: Chapter 13<br>:<br>: Case No. 23-11330-MDC<br>:<br>: |

### WITHDRAWAL OF OBJECTION OF BAF ASSOCIATES L.L.C. TO CONFIRMATION

BAF Associates L.L.C. by and through its undersigned counsel, hereby withdraws the *Objection of BAF Associates L.L.C. to Confirmation* [D.I. 41].

Dated:  December 13, 2023         **SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone: (215) 972-7777
turner.falk@saul.com
*Counsel for BAF Associates L.L.C.*

51469043.1