# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**BRETT D. CARDONICK**<br><br>Debtor. | :<br>:<br>: Chapter 13<br>:<br>: Case No. 23-11330-MDC<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Turner N. Falk, Esquire, hereby certify that on December 13, 2023, a true and correct copy of the foregoing *Objection of BAF Associates L.L.C. to Confirmation* was served via the Court's CM/ECF system on all parties registered to receive notices of electronic filings.

Dated: December 13, 2023

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone: (215) 972-7777
turner.falk@saul.com
*Counsel for BAF Associates L.L.C.*

51469043.1