| Information to identify the case: | |
|---|---|
| Debtor 1 | Brett D. Cardonick |
| Debtor 2 | |
| United States Bankruptcy Court for the Eastern District of Pennsylvania | |
| Case Number   23-11330-pmm          Chapter 13 | |

☐ Check if this is an amended filing

# Chapter 13 Application for Compensation and Reimbursement of Expenses

The Applicant below is filing this application with the court for payment of fees and expenses in association with this bankruptcy case.

### Part 1    Notice

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this Application, you or your attorney must file an objection to the Application on or before the Objection Deadline. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. Otherwise, you must file your objection at the Clerk's office at the U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

If you mail your objection to the Clerk, you must do so early enough that it will be received on or before the Objection Deadline. If you or your attorney do not take these steps, the court may decide that you do not oppose the application and may enter an order granting the Application without further notice or hearing.

Objection Deadline:    May 1, 2024

### Part 2    Applicant and Application Information

| | |
|---|---|
| Applicant: | Michael I. Assad (#330937) |
| Applicant Firm: | Cibik Law, P.C. |
| Applicant's Email: | help@cibiklaw.com |
| Applicant's Phone: | 215-735-1060 |
| Applicant's Address: | 1500 Walnut Street, Suite 900 |
| | Philadelphia, PA 19102 |
| Applicant Type: | Attorney for Debtor |
| Application Period: | 04/05/2023 to 04/17/2024 |
| Basis of Application: | 11 U.S.C. § 330 |
| Application Type: | First |
| Form 2030: | Exhibit A |

### Part 3    Case Information

| | |
|---|---|
| Date Filed: | 05/05/2023 |
| U.S. Bankruptcy Judge: | Patricia M. Mayer |
| Standing Trustee: | Kenneth E. West |
| Debtor's Median Income: | Above Median |

## Part 4    Summary Application and Services Performed

1. This is the first fee application in this case. The services performed included the customary services of preparing and filing the bankruptcy petition, schedules, statements, and related documents, preparing for and representing the debtor at the meeting of creditors, and guiding the plan to confirmation.
2. Prior to filing for bankruptcy, the Debtor sold his chiropractic practice on a handshake, without any written agreement. By the time the Debtor filed for bankruptcy, the business had failed and the seller wanted to rescind the sale. The Debtor incurred significant legal fees in this case as the Applicant assisted him in working through a recission of the sale consistent with his obligations under the Bankruptcy Code.
3. If this Application is approved, the Debtor's proposed chapter 13 plan is adequately funded to provide for payment of the compensation requested.
4. None of the compensation paid to the Applicant will be shared with any person other than a member or regular associate of the Applicant's law firm unless 11 U.S.C. §504(c) applies.
5. The Applicant does not consent to the entry of a reduced award by the Court without notice and hearing.

## Part 5    Flat Fees Incurred

By prior agreement with the Debtor, the Applicant requests payment of flat fees for each of the following services:

| Date | Description | Fee |
|---|---|---|
|  | NONE |  |
|  | **TOTAL** |  |

## Part 6    Hourly Fees Incurred

The Applicant requests payment of **$10,000.00** based on actual time expended for the following services:

| Date | Description | Performed By | (Hours |
|---|---|---|---|
| 04/05/2023 | Initial consultation. Discussed client's financial circumstances, asked questions, gave advice, and discussed potential resolutions | Attorney | 1.00 |
| 04/24/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 05/03/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 05/05/2023 | Drafted bankruptcy petition | Attorney | 0.30 |
| 05/08/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 05/09/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 05/10/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 05/10/2023 | Phone call with client regarding status of case | Attorney | 0.10 |
| 05/10/2023 | Drafted matrix list of creditors | Attorney | 0.50 |
| 05/10/2023 | Drafted chapter 13 plan | Attorney | 1.00 |
| 05/11/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 05/15/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 05/15/2023 | Phone call with client regarding status of case | Attorney | 0.40 |

| Date | Description | Performed By | (Hours |
|---|---|---|---|
| 05/17/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 05/23/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 05/31/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 06/05/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 06/05/2023 | Phone call with client regarding status of case | Attorney | 0.10 |
| 06/06/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 06/07/2023 | Phone call with client regarding status of case | Attorney | 0.10 |
| 06/09/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 06/09/2023 | Phone call with client regarding status of case | Attorney | 0.10 |
| 06/14/2023 | Exchanged emails with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 06/14/2023 | Phone call with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 06/15/2023 | Drafted schedules, statements, means test, and related documents | Attorney | 5.00 |
| 06/20/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 06/26/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 06/27/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 07/02/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 07/03/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 07/06/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 07/10/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 07/11/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 07/16/2023 | Phone call with client regarding status of case | Attorney | 0.25 |
| 07/17/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 07/17/2023 | Exchanged emails with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 07/17/2023 | Exchanged emails with chapter 13 trustee regarding confirmation | Attorney | 0.10 |
| 07/17/2023 | Exchanged emails with attorney Turner Falk regarding business lease claim | Attorney | 0.10 |
| 07/17/2023 | Phone call with client regarding status of case | Attorney | 0.10 |
| 07/18/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 07/18/2023 | Phone call with client regarding status of case | Attorney | 0.10 |
| 07/19/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |

| Date | Description | Performed By | (Hours |
|---|---|---|---|
| 07/20/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 07/21/2023 | Phone call with client regarding status of case | Attorney | 0.10 |
| 07/22/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 07/24/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 07/24/2023 | Phone call with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 07/24/2023 | Phone call with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 07/25/2023 | Phone call with client regarding status of case | Attorney | 0.20 |
| 07/25/2023 | Represented client at meeting of creditors | Attorney | 0.50 |
| 07/26/2023 | Exchanged emails with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 07/31/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 08/07/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 08/08/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 08/18/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 08/18/2023 | Phone call with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.11 |
| 08/22/2023 | Exchanged emails with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 08/25/2023 | Exchanged emails with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 08/29/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 08/29/2023 | Exchanged emails with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 09/05/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 09/05/2023 | Exchanged emails with attorney Turner Falk regarding business lease claim | Attorney | 0.10 |
| 09/05/2023 | Phone call with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 09/06/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 09/06/2023 | Exchanged emails with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 09/06/2023 | Exchanged emails with attorney Turner Falk regarding business lease claim | Attorney | 0.10 |
| 09/06/2023 | Phone call with client regarding status of case | Attorney | 0.10 |
| 09/06/2023 | Drafted amended chapter 13 plan (first) | Attorney | 0.50 |

| Date | Description | Performed By | (Hours |
|---|---|---|---|
| 09/08/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 09/11/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 09/13/2023 | Exchanged emails with chapter 13 trustee regarding confirmation | Attorney | 0.10 |
| 09/15/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 09/15/2023 | Reviewed application for administrative expenses filed by BAF Associates | Attorney | 0.50 |
| 09/15/2023 | Reviewed relevant caselaw involved with BAF administrative expense application | Attorney | 1.00 |
| 09/18/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 09/19/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 09/20/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 09/21/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 09/26/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 09/27/2023 | Exchanged emails with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 09/28/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 09/29/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 09/29/2023 | Exchanged emails with attorney Turner Falk regarding business lease claim | Attorney | 0.10 |
| 09/29/2023 | Phone call with client regarding status of case | Attorney | 0.15 |
| 10/02/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 10/02/2023 | Exchanged emails with chapter 13 trustee regarding confirmation | Attorney | 0.10 |
| 10/03/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 10/03/2023 | Exchanged emails with attorney Turner Falk regarding business lease claim | Attorney | 0.10 |
| 10/04/2023 | Exchanged emails with chapter 13 trustee regarding confirmation | Attorney | 0.10 |
| 10/04/2023 | Exchanged emails with attorney Turner Falk regarding business lease claim | Attorney | 0.10 |
| 10/05/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 10/06/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 10/06/2023 | Exchanged emails with attorney Turner Falk regarding business lease claim | Attorney | 0.10 |
| 10/09/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |

| Date | Description | Performed By | (Hours |
|---|---|---|---|
| 10/09/2023 | Exchanged emails with attorney Turner Falk regarding business lease claim | Attorney | 0.10 |
| 10/13/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 10/16/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 10/17/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 10/18/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 10/18/2023 | Phone call with client regarding status of case | Attorney | 0.10 |
| 10/18/2023 | Reviewed contract and consent order resolving the BAF administrative expense application | Attorney | 1.00 |
| 10/19/2023 | Exchanged emails with attorney Turner Falk regarding business lease claim | Attorney | 0.10 |
| 10/19/2023 | Phone call with client regarding status of case | Attorney | 0.10 |
| 10/24/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 10/24/2023 | Exchanged emails with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 10/31/2023 | Exchanged emails with attorney Turner Falk regarding business lease claim | Attorney | 0.10 |
| 11/01/2023 | Reviewed objection to plan filed by BAF | Attorney | 0.10 |
| 11/08/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 11/08/2023 | Exchanged emails with attorney Turner Falk regarding business lease claim | Attorney | 0.10 |
| 11/08/2023 | Drafted amended chapter 13 plan (second) | Attorney | 0.50 |
| 11/09/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 11/09/2023 | Exchanged emails with attorney Turner Falk regarding business lease claim | Attorney | 0.10 |
| 11/09/2023 | Phone call with client regarding status of case | Attorney | 0.11 |
| 11/10/2023 | Exchanged emails with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 11/20/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 11/20/2023 | Exchanged emails with attorney Turner Falk regarding business lease claim | Attorney | 0.10 |
| 11/21/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 11/27/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 11/28/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 11/28/2023 | Phone call with client regarding status of case | Attorney | 0.10 |
| 12/03/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |

| Date | Description | Performed By | (Hours |
|---|---|---|---|
| 12/05/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 12/10/2023 | Drafted response to objection to confirmation filed by BAF | Attorney | 0.30 |
| 12/10/2023 | Drafted amended Schedules A/B and C | Attorney | 0.50 |
| 12/13/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 12/13/2023 | Exchanged emails with chapter 13 trustee regarding confirmation | Attorney | 0.10 |
| 12/14/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 12/14/2023 | Phone call with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 12/19/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 12/19/2023 | Exchanged emails with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 12/20/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 12/20/2023 | Exchanged emails with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 12/21/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 12/22/2023 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 01/02/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 01/04/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 01/05/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 01/09/2024 | Exchanged emails with chapter 13 trustee regarding confirmation | Attorney | 0.10 |
| 01/10/2024 | Exchanged emails with chapter 13 trustee regarding confirmation | Attorney | 0.10 |
| 01/11/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 01/12/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 01/16/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 01/16/2024 | Exchanged emails with attorney David Sowerbutts regarding resolution of business sale | Attorney | 0.10 |
| 01/19/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 01/21/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 01/22/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 01/23/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 01/24/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 01/25/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |

| Date | Description | Performed By | (Hours |
|---|---|---|---|
| 01/29/2024 | Exchanged emails with attorney Turner Falk regarding business lease claim | Attorney | 0.10 |
| 01/30/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 02/01/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 02/02/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 02/06/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 02/07/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 02/08/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 02/12/2024 | Exchanged emails with chapter 13 trustee regarding confirmation | Attorney | 0.10 |
| 02/13/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 02/13/2024 | Exchanged emails with chapter 13 trustee regarding confirmation | Attorney | 0.10 |
| 02/14/2024 | Exchanged emails with chapter 13 trustee regarding confirmation | Attorney | 0.10 |
| 02/16/2024 | Reviewed trustee's motion to dismiss | Attorney | 0.10 |
| 02/19/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 02/20/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 02/22/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 02/23/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 02/26/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 02/27/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 02/29/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 03/19/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 03/28/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 03/29/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 04/01/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 04/04/2024 | Exchanged emails with client regarding status of case | Attorney | 0.10 |
| 04/17/2024 | Reviewed time slips and drafted fee application | Attorney | 2.00 |
| | | **Total Attorney Hours at $350/hour** | **30.22** |

## Part 7 — Expenses

The Applicant requests reimbursement for the following expenses:

| Date | Description | Fee |
|---|---|---|
|  | NONE |  |
|  | **TOTAL** |  |

## Part 8 — Summary of Fees and Expenses

| Period | | Requested | | Allowed | | Paid | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Start | End | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| Pre-Petition | | | | | | $3,000.00 | $0.00 |
| This Application | | $10,000.00 | $0.00 | | | | |
| | TOTALS | $10,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $3,000.00 | $ 0.00 |

## Part 9 — Request for Relief

The Applicant requests that the Court grant this Application in the form of order attached.

_____   April 17, 2024
Signature of Applicant                 Date

9