# Eastern District of Pennsylvania

In re:

Brett D. Cardonick,

Debtor.

Case No. 23-11330-pmm

Chapter 13

## Order Granting Cibik Law, P.C.'s Application for Compensation and Reimbursement of Expenses

And now, the Court having considered the Application for Compensation and Reimbursement of Expenses filed by Applicant Cibik Law, P.C., and after notice and opportunity for hearing, it is hereby **ORDERED** that:

1. Any objections are **OVERRULED**.

2. The application is **GRANTED**.

3. Compensation is **ALLOWED** in the amount of **$10,000.00**.

4. Reimbursement is **ALLOWED** in the amount of **$0.00**.

5. The chapter 13 trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b), and 11 U.S.C. §330(a)(4)(B), less **$3,000.00**, which was previously paid by the debtor.

Date:   5/23/24

Patricia M. Mayer
U.S. Bankruptcy Judge