United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 23-11330-pmm

Brett D. Cardonick                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin        Page 1 of 3

Date Rcvd: May 23, 2024        Form ID: 155        Total Noticed: 44

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Brett D. Cardonick, 324 Ellis Rd, Willow Grove, PA 19090-2420 |
| 14882550 | | BAF Associates L.L.C., 1500 Market St Fl 38, Philadelphia, PA 19102-2186 |
| 14780707 | | David Fellner, 7141 Germantown Ave, Philadelphia, PA 19119-1842 |
| 14780710 | | Helen Wiktorchik, 1445 Churchville Rd, Southampton, PA 18966-4765 |
| 14793950 | + | Helen Wiktorchik, c/o David J. Sowerbutts, Esquire, The Atrium, Suite 4, 4 Terry Drive, Newtown, Pa 18940-1838 |
| 14780712 | | Joseph M. Sundheim CPA, 111 Park Dr # C, Montgomeryvle, PA 18936-9613 |
| 14780716 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14783992 | + | TruMark Financial Credit Union, c/o Corinne S. Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14780720 | + | Trustee Sl Trust I, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 14780724 | + | Univest Bank & Trust C, 14 Main St, Souderton, PA 18964-1713 |
| 14816237 | | Univest Bank & Trust Co., 14 N Main St, Souderton, PA 18964-1713 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14780698 | + | Email/Text: bankruptcycare@affinityfcu.com | May 24 2024 00:02:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 14790393 | | Email/PDF: bncnotices@becket-lee.com | May 24 2024 00:12:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14780699 | | Email/PDF: bncnotices@becket-lee.com | May 24 2024 00:11:31 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14780700 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 24 2024 00:01:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14793113 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 24 2024 00:01:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14780701 | | Email/Text: BarclaysBankDelaware@tsico.com | May 24 2024 00:02:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14780703 | | Email/Text: BKPT@cfna.com | May 24 2024 00:01:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14784653 | | Email/Text: BKPT@cfna.com | May 24 2024 00:01:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 14780702 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 00:24:56 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14780705 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:12:04 | Citibank, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14793333 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:12:04 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

District/off: 0313-2                    User: admin                                        Page 2 of 3

Date Rcvd: May 23, 2024                 Form ID: 155                              Total Noticed: 44

| | | | |
|---|---|---|---|
| 14780706 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenity Capital Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14785540 | Email/Text: mrdiscen@discover.com | May 24 2024 00:01:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14780708 | + Email/Text: mrdiscen@discover.com | May 24 2024 00:01:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14780709 | + Email/Text: dplbk@discover.com | May 24 2024 00:03:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14782896 | + Email/Text: dplbk@discover.com | May 24 2024 00:03:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14780711 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 24 2024 00:02:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14780704 | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2024 00:11:58 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14787162 | + Email/Text: RASEBN@raslg.com | May 24 2024 00:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14780713 | + Email/Text: Unger@Members1st.org | May 24 2024 00:02:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14780714 | Email/Text: fesbank@attorneygeneral.gov | May 24 2024 00:02:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14798874 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2024 00:11:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14780715 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14780716 | ^ MEBN | May 23 2024 23:55:05 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14796569 | Email/Text: bnc-quantum@quantum3group.com | May 24 2024 00:02:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14780717 | ^ MEBN | May 23 2024 23:54:51 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 14798157 | + Email/PDF: ebn_ais@aisinfo.com | May 24 2024 00:10:47 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14780718 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:11:58 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14780719 | + Email/Text: dbogucki@trumark.org | May 24 2024 00:03:57 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14780721 | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 24 2024 00:03:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14780722 | ^ MEBN | May 23 2024 23:54:36 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14780723 | Email/Text: bankruptcynotices@sba.gov | May 24 2024 00:01:00 | U.S. Small Business Admin., Office of General Counsel, 409 3rd St Sw, Washington, DC 20416-0011 |
| 14780725 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2024 00:10:34 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

District/off: 0313-2                         User: admin                                   Page 3 of 3

Date Rcvd: May 23, 2024                      Form ID: 155                                  Total Noticed: 44

14780726          +   Email/PDF: ais.wellsfargo.ebn@aisinfo.com

                                             May 24 2024 00:12:06   Wffnatbank, Attn: Bankruptcy 1 Home Campus
                                                                    MAC X2303, Des Moines, IA 50328-0001

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com |
| DAVID J. SOWERBUTTS | on behalf of Creditor Helen M. Wiktorchik dsowerbutts@liebmannfamilylaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Brett D. Cardonick help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Brett D. Cardonick help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| TURNER N. FALK | on behalf of Creditor BAF Associates L.L.C. turner.falk@saul.com  tnfalk@recap.email;catherine.santangelo@saul.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Brett D. Cardonick | ) | Case No. 23–11330–pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 23, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court