United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 23-11330-pmm
Brett D. Cardonick | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: May 24, 2024     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Brett D. Cardonick, 324 Ellis Rd, Willow Grove, PA 19090-2420 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com |
| DAVID J. SOWERBUTTS | on behalf of Creditor Helen M. Wiktorchik dsowerbutts@liebmannfamilylaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Brett D. Cardonick help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Brett D. Cardonick help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| TURNER N. FALK | on behalf of Creditor BAF Associates L.L.C. turner.falk@saul.com  tnfalk@recap.email;catherine.santangelo@saul.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: May 24, 2024 Form ID: pdf900 Total Noticed: 1
TOTAL: 7

## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Brett D. Cardonick,<br><br>Debtor. | Case No. 23-11330-pmm<br><br>Chapter 13 |

### Order Granting Cibik Law, P.C.'s Application for Compensation and Reimbursement of Expenses

And now, the Court having considered the Application for Compensation and Reimbursement of Expenses filed by Applicant Cibik Law, P.C., and after notice and opportunity for hearing, it is hereby **ORDERED** that:

1. Any objections are **OVERRULED**.

2. The application is **GRANTED**.

3. Compensation is **ALLOWED** in the amount of **$10,000.00**.

4. Reimbursement is **ALLOWED** in the amount of **$0.00**.

5. The chapter 13 trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b), and 11 U.S.C. §330(a)(4)(B), less **$3,000.00**, which was previously paid by the debtor.

Date:   5/23/24

*Patricia M. Mayer*
Patricia M. Mayer
U.S. Bankruptcy Judge